**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-CR-20770-HUCK/BECERRA

UNITED STATES OF AMERICA,

v.

LACAROL DENT,

       Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation (R&R) on Change of Plea [ECF No. 48], which was filed on October 27, 2020. In the R&R, Judge Becerra found that the Defendant, LaCarol Dent, freely and voluntarily entered a plea of guilty as to Count 1 of the Indictment, which charges Defendant with possession of a firearm by a convicted felon in violation of Title 18, U.S.C. § 922(g).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count 1, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**. The Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Indictment. A sentencing hearing before the Honorable Paul C. Huck is set for **Thursday, January 7, 2021 at 2:30 PM**.

**DONE AND ORDERED** in Miami, Florida November, 2020.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Jacqueline Becerra